UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:20-CV-81609-DMM

vs.

FLORIDA SE, LLC
a Florida Limited Liability Company
d/b/a OLIVE GARDEN

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, FLORIDA SE, LLC, a Florida Limited Liability Company, d/b/a OLIVE GARDEN, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against FLORIDA SE, LLC, a Florida Limited Liability Company, d/b/a OLIVE GARDEN; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED January 15, 2021.

| | |
|---|---|
| By: /s/ Gregory S. Sconzo | By: /s/ Brian C. Blair |
| Gregory S. Sconzo, Esq. | **Brian C. Blair, Esq.** |
| Florida Bar No.: 0105553 | Florida Bar No.: 0973084 |
| Sconzo Law Office, P.A. | BAKER & HOSTETLER, LLP |
| 3825 PGA Boulevard, Suite 207 | 200 S. Orange Ave., Suite 2300 |
| Palm Beach Gardens, FL 33410 | Orlando, FL 32801 |
| Telephone: (561) 729-0940 | Telephone: (407) 649-4000 |
| Facsimile: (561) 491-9459 | Email: bblair@bakerlaw.com |
| Email: greg@sconzolawoffice.com | Attorney for Defendant |
| Secondary Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                      **/s/ Gregory S. Sconzo**
                                                      **Gregory S. Sconzo, Esq.**