UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81609-CV-MIDDLEBROOKS/Brannon

HOWARD COHAN,

    Plaintiff,

v.

FLORIDA SE, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation") (DE 14), filed on January 15, 2021. The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 19th day of January, 2021.

                                              Donald M. Middlebrooks
                                              United States District Judge

Copies to:    Counsel of Record